# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2017

### NO. 03-14-00510-CV

**Noah S. Bunker; Paul Carrell; Everett Brew Houston, Jr.; W. Andrew Buckholz; Scott J. Leighty; Jad L. Davis; and Holly Clause, Appellants**

**v.**

**Tracy D. Strandhagen, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the judgment signed by the trial court on May 20, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the judgment and remands the case to the trial court for further proceedings. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.